AMBLER GARAGE, INC., Appellant, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendant, and SECOND AVENUE AND NINETY-FIRST STREET REALTY CORPORATION et al., Respondents.

(Submitted December 16, 1932; decided January 17, 1933.)

532

*Max Bergman, Jacob Meadow* and *John Barsha* for appellant.

*Isidore Ehrman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.